United States District Court
District of Connecticut
FILED AT   NEW HAVEN
Jan 24, 2011
Roberta D. Tabora, Clerk
By Kenneth R. Philand
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:11CR18(MRK) |
| v. | : | |
| ANTHONY DIBENEDETTO | : | Violation:  8 U.S.C. Section 1324(a)(3)(A)<br>(Unlawful Employment of Aliens) |

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
(8 U.S.C. § 1324(a)(3)(A))

During a twelve month period between approximately May 2007 and May 2008, in the District of Connecticut, ANTHONY DIBENEDETTO, the defendant herein, along with others, knowingly hired for employment at his business, Rocco's Bakery, at least ten individuals with actual knowledge that such individuals were unauthorized aliens as described in Title 8, United States Code, Section 1324a(h)(3) and further knowing that such individuals were brought into the United States in violation of Title 8, United States Code, Section 1324(a)(3)(A).

All in violation of Title 8, United States Code, Section 1324.

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States of America, pursuant to Title 8, United States Code, Section 1324(b), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(6), a money judgment in the amount constituting the gross proceeds for a violation of the offense charged in Count One of this Information and any property traceable to such proceeds.

All in accordance with and pursuant to Title 8, United States Code, Section 1324(b), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(6), and Rule 32.2(a), Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

_____
DAVID B. FEIN
UNITED STATES ATTORNEY

_____
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY