UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES             :      CRIMINAL NO. 3:11CR00018(MRK)

V.                       :

ANTONIO DIBENEDETTO    :      JUNE 22, 2011

## MEMORANDUM IN AID OF SENTENCING

      The defendant, Antonio Dibenedetto, hereby respectfully submits this Sentencing Memorandum for the Court's consideration in connection with his sentencing.  Part I of this memorandum presents a detailed background of Mr. Dibenedetto's life and the charge to which he has pled guilty.  Part II discusses the post-*Booker* sentencing scheme.  Part III concerns the calculation of Dibenedetto's advisory Sentencing Guideline range.  Party IV articulates the relevant 18 U.S.C. §3553(a) factors the Court must consider in imposing a just but sufficient sentence.

I:    Defendant's Background

      Dibenedetto was born in Ruviano, Italy in 1946.  He grew up working on his family's farm with his six siblings and parents.  The family lived without much wealth and in a single family home that had no electricity or plumbing until Dibenedetto was 20 years old.  At age 20, Dibenedetto began serving in the Italian Army.  After completing his military service, Dibenedetto lived in Zurich, Switzerland and worked in a factory.

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

He married his current wife, Anna Dibenedetto, and in 1970 they immigrated to the United States in the hopes of creating a better life for their family.

When he arrived in the U.S., Dibenedetto began working as a dishwasher at the DiSorbo Bakery in Hamden, Connecticut. He worked there for 12 years and received training to become a full-time baker. In 1982, Dibenedetto and his wife opened Rocco's Bakery in New Haven, Connecticut. Like any start-up business, the bakery required long hours and hard work to make it a success. Even to this day after almost thirty years, the Dibenedettos are known for working six days a week from the early morning to the evening and taking few vacations. The bakery is a family business. Not only does Dibenedetto and his wife work at the bakery, their two sons and daughter-in-law also work there to keep it operating. It is also a business strongly tied to its community. Dibenedetto kept his business in the inner city in Fair Haven at a time when virtually every other business fled to the suburbs because of the high crime rate in the inner city around Fair Haven, specifically Grand Avenue and Ferry Street where the bakery is located.

The family's hard work and long hours dedicated to making the bakery a success have resulted in Rocco's Bakery being regarded as the "corner-stone" of Fair Haven and one of the best bakeries in Connecticut. Notwithstanding this success,

2

Dibenedetto does not live his life with greed.  Rather, he and his family are well-known for their generosity and charitableness throughout their community.  Whether it is sending breads and pastries following funeral services for a beloved customer, donating $300 worth of pastries for a school's open house (Saint Bridget Ladies Guild), making daily donations to the Grand Avenue Homeless Shelter, or giving food to those too poor to purchase the food, Dibenedetto has strived to give back to those less fortunate and be an asset to his community.  The numerous character reference letters submitted on his behalf demonstrate Dibenedetto's generosity.  He is frequently referred to as "compassionate," "loving," "giving," "kind," "generous," "courteous," "respectful," "caring," and "honorable."

Unfortunately, Dibenedetto made the mistake of assisting fellow immigrants by hiring undocumented workers[1] at his bakery.  It was a misguided but well-intentioned attempt to help other immigrants.  As such, he has pled guilty to unlawfully employing aliens in violation of 8 U.S.C. §1324(a)(3)(A).  He is remorseful for this mistake and

---

[1] A number of allegations have been made about Dibenedetto by some of these workers.  As set forth in the Defendant's Motion to Preclude "Victim Impact Statements," such allegations have no place in this sentencing.  Dibenedetto adamantly denies the workers' allegations of abuse and fully intends to litigate these claims as set forth in the workers' civil suits.  To the extent this Court intends to consider those allegations in formulating an appropriate sentence, the defendant requests an opportunity to cross-examine these witnesses to expose the falsity and absurdity of their claims.

3

committed to not repeating it ever again.  Dibenedetto is now 65-years-old and suffers

from a number of serious medical conditions.  *See* Letter from Dr. Kandlah Sriharan

dated June 13, 2011, attached hereto.  The defendant has severe chronic obstructive

pulmonary disease,[2] cardiovascular disease, diabetes and diverticular disease,[3] among

other things.

II.     Post-*Booker* Sentencing Analysis

Since 2005, the United States Supreme Court has consistently stated that the

Sentencing Guidelines are advisory only, and, therefore, that a district court must

consider all of the factors set forth in 18 U.S.C. §3553(a) in a holistic manner.  *See*

*Kimbrough v. United States*, 552 U.S. 85 (2007); *Gall v. United States*, 552 U.S. 38

(2007), *United States v. Booker*, 543 U.S. 220 (2005).   Certainly the Guidelines remain

"the starting point and initial benchmark" for the sentencing court, yet the court "may

not presume that the Guidelines range is reasonable."  *Gall*, *supra*, at 49.  The

Guidelines range is only one of the many factors to be weighed when selecting a

disposition that is sufficient but not greater than necessary to satisfy the purposes and

---

[2] Chronic obstructive pulmonary disease is a progressive disease that makes it hard to breathe. "Progressive" means the disease gets worse over time.
[3] Diverticular disease occurs when pouches in the intestine, usually the large intestine or colon, become inflamed.

4

goals set forth in 18 U.S.C. §3553(a).[4]  *Id.* at 49-50.  In this regard, it is significant that the Court is no longer hemmed in by the traditional Guidelines departure analysis required under *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005).  *See United States v. Brown*, 514 F.3d 256 (2d Cir. 2008).  The primary objective for this as any sentencing is to "make an individualized assessment based on the facts presented." *Gall*, *supra*, at 597.

Although each factor of §3553(a) must be considered, a district court must not engage in a mathematical, isolated calculation of each factor.  Rather, the Supreme Court "has emphasized that section 3553(a) is more than a laundry list of discrete sentencing factors; it is, rather, a tapestry of factors, through which runs the thread of an overarching principle."  *United States v. Rodriguez*, 527 F.3d 221, 228 (1st Cir. 2008).  That tenet, the parsimony principle, instructs district courts to "impose a sentence sufficient, but not greater than necessary" to accomplish the goals of sentencing.  18 U.S.C. §3553(a).  "In the final analysis, then, the gloss supplied by *Kimbrough* signifies that a district could should not evaluate a request for a variant sentence piecemeal, examining each section 3553(a) factor in isolation, but should

---

[4] The goals of sentencing are just punishment, specific and general deterrence, and to provide needed educational, vocational, medical care or other correctional treatment in the most effective manner.  *See* 18 U.S.C. §3553(a).

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

instead consider all the relevant factors as a group and strive to construct a sentence that is minimally sufficient to achieve the broad goals of sentencing." *Rodriguez*, 527 F.3d at 228. "This inquiry should be guided by, but not made unflinchingly subservient to, the concerns expressed in the statute's various sub-parts." *Id.*  In other words, if the Court believes that a lower sentence will be as effective as a higher sentence in serving the purposes of sentencing, it must choose the lower sentence. *United States v. Ministro-Tapia*, 470 F.3d 137 (2d Cir. 2006).

Accordingly, when fashioning a sentence, the district court should consider the applicable Guidelines range, as well as the following factors:

1.   the nature and circumstances of the offense and the history and characteristics of the defendant;

2.   the need for the sentence imposed –
     (a)   to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
     (b)   to afford adequate deterrence to criminal conduct;
     (c)   to protect the public from further crimes of the defendant; and
     (d)   to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

3.   the kinds of sentences available; and

4.   the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct.

6

*See* 18 U.S.C. §3553(a).  "[I]f a specific sentencing rationale cannot be considered under the aegis of a particular sub-part of section 3553(a), such a proscription does not bar consideration of that factor in the course of a more holistic review of the full panoply of section 3553(a) factors."  *Rodriquez*, 527 F.3d at 229.

III.    Advisory Sentencing Guidelines Calculation

The Probation Office calculated Dibenedetto's offense level as follows:

| | |
|---|---|
| Base Offense Level | 12 |
| Specific Offense Characteristic | +3 |
| Acceptance of Responsibility | -2 |
| Total | 13 |

Determining that Dibenedetto has zero criminal history points, the Probation Office computed a Criminal History Category of I resulting in a Guideline range of 12-18 months.[5]  Dibenedetto submits that downward departures are warranted.

All parties (the defendant, Government and Probation) agree with the calculation of the base offense level at 12 and the increase of three levels pursuant to U.S.S.G. §2L.1(b)(2)(A).  However, Probation disagrees with the plea agreement's subtraction of three levels for acceptance of responsibility and submits that only two levels can be subtracted pursuant to U.S.S.G. §3E1.1(b).  This section provides, in pertinent part:

---

[5] The defendant and Government entered into a plea agreement, which calculated the defendant's total offense level to be 12 rather than 13 resulting in a Guideline range of 10 to 16 months.  *See* Plea Agreement, pg. 4.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

> If the defendant qualifies for a decrease under subsection (a), the offense level determined prior to the operation of subsection (a) is level **16** or greater, and upon motion of the government stating that the defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently, decrease the offense level by **1** additional level.

It appears that Probation is correct that since the offense level prior to the two-level decrease under subsection (a) is 15, the additional one-level decrease is not permitted under subsection (b).   However, this Court should give effect to the intent of the plea agreement.  In *United States v. Fernandez*, 877 F.2d 1138, 1145 (2d Cir. 1989), the Second Circuit authorized district courts to give effect to a plea bargain where there is a discrepancy as to what the defendant expected at the time of his plea and what he faces at sentencing "so long as the sentence that results reflects the seriousness of the crime and deters future misconduct."

Equally important, the facts of this case unquestionably warrant a downward departure.  First, there can be no question that Dibenedetto has a strong and exceptional employment record.  He started working on his family's farm, served in the Italian Army, worked for a factory and bakery and then eventually opened his own bakery where he has worked many long hours for the last 30 years.  Such a long and dedicated employment record certainly warrants a departure. *E.g., see United States v.*

8

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06508-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

*Jagmohan*, 909 F.2d 61, 65 (2d Cir. 1990) (defendant's gainful employment for nine years coupled with other factors warranted downward departure); *United States v. Big Crow*, 898 F.2d 1326 (8th Cir. 1990) (defendant's excellent employment history warranted a 13-month downward departure); *United States v. Decora*, 177 F.3d 676 (8th Cir. 1999) (defendant's employment record warranted a 15-month downward departure); *United States v. Thompson*, 74 F.Supp.2d 69 (D. Mass. 1999)(departure based on defendant's commitment to family and working hard).

Second, the length of time that a defendant has led a crime-free life and a defendant's medical condition can support a downward departure. *United States v. Ward*, 814 F.Supp. 23 (E.D.Va. 1993) (age warrants a downward departure); *U.S. v. Rioux*, 97 F.3d 648, 663 (2d Cir. 1996) (court concluded that the defendant's case differed from the heartland of guideline cases due to his medical condition).  The defendant is 65-years-old and up until this point in time, has led a crime-free life.  As set forth above, he is also suffering from a number of serious medical conditions, which recently required surgery.  *See* Motion to Continue Sentencing Hearing dated June 21, 2011.  Thus, a downward departure based on the defendant's age and medical conditions is warranted.

9

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

Third, pursuant to §5K2.0, a sentencing court is authorized to grant a downward departure based on prior good works where such good works are extraordinary. *United States v. Rioux*, 97 F.3d 648, 663 (2d Cir. 1996). Dibenedetto's long history of good works certainly fall into the extraordinary category. Despite his hard work as a baker, Dibenedetto averages approximately $50,000 a year. Despite this modest income and as set forth in his character reference letters, Dibenedetto routinely contributes and helps those in need. Whether it is daily contributions to a local food shelter, giving food to those in the neighborhood unable to purchase the products, or donating to church and school functions, Dibenedetto makes sure to give back to his community.

Fourth, job loss to innocent employees as a result of incarceration is a sufficient circumstance justifying a downward departure from the Sentencing Guidelines. *United States v. Milikowsky,* 65 F.3d 4 (2d Cir. 1995). Such a factor provides "a 'sensible flexibility' to insure that atypical cases are not shoe-horned into a Guidelines range that is formulated only for typical cases.'" *Id.* at 7 (quoting *United States v. Rogers*, 972 F.2d 489, 493 (2d Cir. 1992)). For instance, in *United States v. Olbres*, 99 F.3d 28, 36 (1st Cir. 1996), a sentencing court following a tax evasion conviction was permitted to consider granting a downward departure on the basis that the defendant's incarceration would result in job loss to innocent employees. *See also United States v. Patel*, 164

10

F.3d 620 (2d Cir. 1998) (unpublished disposition) (two-level downward departure warranted where innocent employees' jobs depend on the defendant's presence in the business); *United States v. Somerstein*, 20 F.Supp.2d 454, 462 (E.D.N.Y. 1998) (downward departure warranted where defendant's physical presence was essential to business' viability). Here, Dibenedetto's presence and involvement in Rocco's Bakery is vital. He is one of the owners of the business and a necessary employee at the bakery on an almost-daily basis.

Lastly, at the very least, a downward departure is warranted in this case based on a combination of all the factors discussed in this memorandum. U.S.S.G §5K2.0; *United States v. Rioux*, 97 F.3d 648, 663 (2d Cir. 1996).

IV.   Non-Guideline Sentence is Warranted

The sentence called for by the guidelines is greater than necessary to satisfy the purposes of sentencing set forth in §3553(a). The defendant and Government agree that a term of probation would be an appropriate disposition in this matter and thus, would be a sentence that is "sufficient, but not greater than necessary" pursuant to 18 U.S.C. §3553(a). Specifically, at the plea proceeding, the Government acknowledged that this case is a probation case and it is not seeking, nor think it is appropriate, to incarcerate this defendant.

11

*Nature & Circumstances of the Offense*

Dibenedetto acknowledges the seriousness of his offense. However, it is important to keep in mind that Dibenedetto was not involved in any violent activity, trafficking activity, or conspiracy to transport aliens. He made the mistake of trying to assist fellow immigrants – a mistake he will never repeat – by giving them a starting chance in this country with a place to live and a job.

*History & Characteristics of the Defendant*

Section 3553(a) requires the Court, to the extent possible, take a close examination of who the defendant is apart from the conduct at issue in the case at hand. As set forth in Part I of this memorandum, the PSR, and the character reference letters attached hereto, the defendant is a dedicated and loving father, husband, grandfather, and community member. Dibenedetto has always put his family first and is committed to maintaining a close bond with each family member – whether it be siblings still living in Italy or his sons who work with him at the bakery. He has also treated his employees as members of his family by inviting them to family festivities (such as his son's wedding), providing them with turkeys at Thanksgiving time, and allowing their children to stay at the bakery when the workers had child-care difficulties.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

Dibenedetto has focused on stability and hard work all his life. He never looked for any easy way to be successful. He knew it would take time and a great deal of hard work and sacrifice on his part. He started as a dishwasher when he immigrated to the United States and worked for 12 years learning the skills of a baker. He then took the risky step of opening his own business and has put his blood, sweat and tears into the successful bakery known as Rocco's Bakery for the last 30 years.[6]

Up until this point in time at the age of 65, Dibenedetto has led a crime-free life. In addition to his dedication to his family and his business, Dibenedetto makes sure he contributes to his community. He contributes money, bread, and pastries routinely to those in need. He is a pleasant and well-respected man in his community and the business world. Before this Court are letters from neighbors, police officers, businessmen, State inspectors, customers, and friends describing Dibenedetto's contributions and the well-intentioned individual awaiting this Court's sentence. Aside

---

[6] A variance in light of a defendant's employment record is entirely permissible pursuant to §3553(a). *United States v. Ranum*, 353 F.Supp.2d 984, 990-991 (E.D. Wis. 2005) (defendant's solid employment history warranted variance below guideline range).

13

from the hiring of undocumented workers, Dibenedetto's manner of living his life is commendable and should be recognized by this Court.[7]

*Goals and Purposes of Sentencing*

Section 3553(a) requires the Court to consider the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

A sentence of probation will not lead to under-punishing Dibenedetto.  This felony conviction has brought enormous shame to Dibenedetto, his family, and his business.  Dibenedetto has no intention of returning to his previous criminal conduct and will be supported by his strong family members to ensure that such conduct does not occur again.  *See United States v. Alba*, 933 F.2d 1117, 1122 (2d Cir. 1991) (family ties serve as a tremendous deterrent).  Dibenedetto is remorseful for his conduct. Incarcerating him is unnecessary to punish him and protect the public from further

---

[7] Again, the baseless and meritless accusations made by the workers are completely and adamantly denied by the defendant.  He has never, and would never, engage in the unlawful and abusive conduct alleged by the workers.

14

crimes because Dibenedetto has already felt punishment from this charge and committed himself to a lawful lifestyle.

Moreover, Dibenedetto is 65 years old.  Statistics show that as people age, their likelihood of recidivism drops dramatically.  According to the U.S. Sentencing Commission, 2008 Datafile, USSCFY08, defendants "over the age of forty … exhibit markedly lower rates of recidivism in comparison to younger defendants." *Measuring Recidivism:  The Criminal History Computation of the Federal Sentencing Guidelines*, at 12, 28 (2004) www.ussc.gov/publicat/Recidivism_General.pdf .  A variance in light of the defendant's age is entirely permissible pursuant to §3553(a) and should be made in this case.  *United States v. Nellum*, 2005 WL 300073, *3 (N.D. Ind. February 3, 2005). *See also United States v. Ranum*, 353 F.Supp.2d 984, 990-991 (E.D. Wis. 2005) (variance from the guideline sentence warranted based on defendant's age); *United States v. Heldeman*, 402 F.3d 220, 224 (1st Cir. 2005) (same); *United States v. Ryder*, 414 F.3d 908 (8th Cir. 2005) (same); *United States v. Warhurst*, 132 Fed. Appx. 795 (11th Cir. 2005) (same).

## V.    Conclusion

For the reasons stated above, Dibenedetto requests that this Court sentence him to a term of probation.

15

Respectfully submitted,

THE DEFENDANT
ANTONIO DIBENEDETTO


By: _____/s/_____
          HUGH F. KEEFE
          Federal Bar No. ct05106
          NANCY F. MYERS
          Federal Bar No. ct24353
          Lynch, Traub, Keefe, & Errante
          52 Trumbull Street
          New Haven, CT 06510
          Phone:  (203) 787-0275
          Fax:  (203) 782-0278

## CERTIFICATE OF SERVICE

Pursuant to the Court's designation of this matter as an electronically filed case, and in accordance with the requirements for certification of service in such cases, the undersigned certifies that the foregoing document was filed electronically on June 22, 2011.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court system.


          /s/     Hugh F. Keefe

16

Jun. 15. 2011 12:53PM

 **THE FASANO CENTER**
FOR INTERNAL MEDICINE

June 13, 2011

Re:      DiBenedetto, Antonio

Dear Attorney Keefe:

Mr. DiBenedetto is a 66 year old male who was last seen on 5/13/11. He came in for evaluation of painful swelling of his legs. He was referred to Dr. Antoine Ferneini. The patient has multiple medical problems including:

1.   Severe COPD
2.   Small airway disease, with air trapping
3.   Granulomatous disease involving the liver and lungs, which was evaluated by a CT scan in 2003
4.   An increased intrathoracic lumbar aneurysm, which was 4.6 cm a few years ago, and now measures 5.1 cm. He does not follow up regularly with a vascular surgeon. A repeat CT scan is pending.
5.   Cardiovascular disease on a thallium stress test, which showed abnormal myocardial perfusion with posterior ischemia.
6.   Persistently elevated cholesterol, but is unable to take any cholesterol medications due to many side effects. He has been evaluated and is followed by Dr. John Chandler.
7.   Fasting glucose impairment and does not comply with diet.
8.   CVA, with syncope, vertigo, and left sided weakness. The MRI showed he had deep white matter disease, probably microvascular, with a lateral infarct of the right cerebellar, which interferes with his working.
9.   Abdominal problems due to diverticular disease.
10.  He was seen by ENT for recurrent pain in his ear and TMJ.
11.  His vision is affected due to hemorrhage and microaneurysm in the right eye.

Mr. DiBenedetto is unable to comprehend the gravity of his medical condition. He needs to be followed very closely by a vascular and endocardiovascular specialist. He appears to have difficulty walking due to the swelling of legs. He also has congestion. His lipids are still elevated. He was given another trial of Lipitor 10 mg qd. He has an appointment to see Dr. Ferneini. Medically, he remains unstable.

If you require any further medical information, please do not hesitate to contact me.

Yours sincerely,

Kandiah Sritharan, M.D.

cc:      Hugh F. Keefe, Esq., 62 Trumbull Street, P.O. Box 1612, New Haven, CT 06511

479 Quinnipiac Avenue
North Haven, Connecticut 06473
March 29, 2011

To those concerned about this letter

Dear Concerned:

I have been a customer at Rocco Bakery for about 20 years, and during those years I have had general conversations with the owner of the bakery and with many employees there.

The conversations with these individuals were friendly, with a desire to please me. They were also the same to other customers. Moreover, doing business with the owner of Rocco Bakery and the employees there has been good.

Over the past 20 years, I have spoken with other customers who have purchased products at Rocco Bakery. These customers have been pleased with doing business with the owner of the bakery and with the personnel therein.

In this letter, I have expressed my personal experiences with those individuals at Rocco Bakery.

Sincerely,
Anthony P. Carrano
Anthony P. Carrano

Character reference for Antonio DiBenedetto

Proprietor of Rocco's Pastry Shop

Ferry Street

New Haven, CT


March 20, 2011

To whom it may concern:

My wife and I have been customers of Rocco's Pastry Shop for a number of years and we have gotten to know the proprietor of the shop, Antonio DiBenedetto, and his wife, Anna, very well. In all the years that we have been their customers, we have never been aware of, nor seen, any impropriety on the part of either of these individuals or any mistreatment of customers.  We have known them only as compassionate people who treat their customers respectfully.  They have often extended their help to others and would never take advantage of any of their employees.

Gennaro and Marylee DiGennaro

Hamden, CT

March 17, 2011

To Whom it May Concern:

Re:  Antonio DiBenedetto

We are writing to voice our concern and compassion for Antonio DiBenedetto.  The DiBenedetto's have been our neighbors since the early 1980's.

The first thing we noticed about the entire family is a very strong work ethic.  We hear Tony's vehicle leaving in the wee hours of the morning six days a week to go to the bakery to begin baking.  Tony's wife, Anna, and their two sons and daughter-in-law work beside him each and every day.

Upon Tony's arrival home evenings are spent in his yard constantly improving his property.  This man and his family work "around the clock".

Please give careful consideration to Tony's life style and strong work ethic.

Thank you.

Gerald & Ruth Augur Adinolfi
53 Augur Road, Ext.
Northford, Ct. 06472

March 17, 2011

Your Honor,

As a long time customer of Rocco's Bakery in New Haven, I have had the pleasure of knowing Anthony DiBennedetto and his hardworking family for years. For this reason, I feel it necessary to support Mr. Dibenedetto as he faces serious criminal charges.

As the managing editor of Reentry Central, the national website for news and resources on matters connected to ex-offender reentry and criminal justice reform, as well as being a formerly incarcerated person, I know the financial drain and the collateral consequences of incarceration.

The Court has an obligation to see that justice is meted out fairly. It is the wish of myself, and my family, that Mr. DiBennedetto be sentenced to the minimum amount of time under federal guidelines, or be given house arrest. Mr. DiBenedetto has long been a respected member of the New Haven community, and has done his best to try to help other immigrants succeed. He has quietly donated baked goods to the poor and hungry. He has provided apprenticeship training to would-be master bakers. Mr. Dibennedetto opened his heart and home to many, and unfortunately was taken advantage by some.

Keeping Mr. DiBennedetto incarcerated at the cost of approximately $35,000 a year does not benefit the community, especially the taxpayers. An alternative to incarceration, such as an ankle monitoring device, would enable Mr. DiBennedetto to keep his excellent bakery open, and perhaps allow Mr. DiBennedetto to train an unemployed person(s) in the art of baking.

The long lines at Rocco's Bakery are a testament to the faith and respect the community holds for Mr. DiBennedetto. I ask that the Court take this into consideration when sentencing Mr. DiBenedetto. Please allow him to remain with his family, who has suffered greatly during this ordeal, and with the community which holds him in high esteem.

Sincerely,

Beatrice Codianni

Beatrice Codianni

2-2997-1

March 16, 2011

To Whom It May Concern:

I have known Antonio and Anna DiBenedetto for more than 20 years and have always found them to be upstanding and honest people.  As a fellow immigrant from Italy, I understand the need for hard work to become successful and to support a family.  The DiBenedetto family has worked long hours and made numerous sacrifices to sustain their business.

The DiBenedetto family has been a pillar of strength to the Fair Haven community.  They have purchased and renovated properties in the community.  They have also hired from the community giving those people in the area an opportunity to make a living.  This has all being done for the betterment of the Fair Haven Community.

I've also had the privilege to work with the family as their banker.  They have kept their accounts in good standing and have paid their obligations as agreed.

If there are any questions, please feel free to contact me.

Sincerely,

*Alphonse DelBasso*

Alphonse DelBasso
38 Dibble Edge Road
Wallingford, CT  06492
203-265-4610

Growing as a young man I could Remember going to Sunday Church with my parents, and After mass always going to Rocco's Bakery to get our pastries and Breads for our Dinners and Deserts. That same Tradition is in me today some 25 years later, with my wife and our children. It is generally the high light of my long and stressful work week to go pick-up some of sweet and delisious goddies to enjoy. That The DeBenedetto Family has been making for years. The DeBenedetto's like other Italian/American Families are good, proud, Honest, Hardworking people that were taught from their parents to be that way. Like my parents the DeBenedetto Family came to This country Emmigrating from Italy to make a Better life for themselves and their children. My own Family has recently Lost the patriach of The Nino's my father Frank Nino. The DeBenedetto's were very gracious and garous with all the pastry's and Danish for our guests at our time of mourning Paying there respects to us. For that I am happy to know that I Have good Friend with the DeBenedetto's. In closing I think that DeBenedettos are very fine and upstanding people Like themselves. Their Bakery (Rocco's) is a Corner Stone to the Fair Haven and New Haven Area.

Sincerly
Joseph Nino
3/14/11

Nicholas & Barbara Piscitelli
9 Quinnipiac Ave.
North Haven, CT 06473

To Whom It May Concern:

My wife and I are writing on the behalf of Antonio DiBenedetto, his wife Anna, and his entire family. We have known this family for many, many years. They are a hardworking, loving, and giving family, who are a staple of the community in which they live and work. They have done so much good for so many people, without ever asking for anything in return.

We write this letter, to attest to the character, and integrity of our Friends, Antonio DiBenedetto, and his family, because it is the least we can do to uphold this wonderful family, who have given so much to others. This letter is our small way, to give back to the DiBenedetto's, and to tell others how much we love and admire these people, who we are proud to call Our Friends. Thank You.

Sincerely Yours

Nicholas & Barbara Piscitelli
March 14, 2011



1316 BARNUM AVENUE, BRIDGEPORT, CT 06610   (203) 579-9233 or 1  800-247-WADE

FAX (203) 696-6121
www.wadesdairy.com

March 11, 2011

To whom it may concern:

I have known Antonio and the family at Rocco's Bakery for the past six years.

My company sells milk and dairy products to Rocco's Bakery.  I have always been
treated respectfully by Antonio and the entire staff. Antonio and his family have been
very good to me, my sales staff, my drivers and all the employees of my company. It is a
pleasure knowing them and doing business with them.

Sincerely,

Kenneth W. Reynolds, Principal
Wade's Dairy, Inc.
1316 Barnum Avenue
Bridgeport, CT 06610

WE ARE DAIRY EXCELLENCE SINCE 1893

TORELLO-IACOBUCCI
WASHINGTON MEMORIAL
Funeral Home
4 WASHINGTON AVENUE • NORTH HAVEN, CT 06473 • (203) 239-6000

March 8, 2011

To whom it may concern:

My name is John Iacobucci. I am a licensed funeral diriector in the State of
Connecticut, and I co-own and manage the Washington Memorial Funeral
Home of North Haven.

I was compelled to write this letter, because I am quite disturbed about the
allegations and legal actions brought against the DiBenedetto Family,
owners of Rocco's Bakery in New Haven.

For many years I have patronized their establishment, a New Haven
institution for their exquisite pastries, cookies, cakes and breads, not only
for myself, but I have a special tray of pastries and cookies made for many
of the families that I serve as a token of my appreciation. They are always
grateful of the gesture, and many inquire afterwards about where I got the
pastry and cookies from, because they enjoyed them so much, and want to
return there themselves for more goodies.

Throught the years I have gotten to know the DiBenedetto family well,
especially Anna. I have known them to be kind, generous, honest, descent,
hard working folks. I've seen them interact with their employees, including
the Equadorian family whom this matter concerns, and have always
witnessed everyone there being treated in a courteous and respectful
manner.

Seeing what I see, and knowing what I know of the DiBenedettos, I find it
hightly implausable, and incredulous to think that they would behave in the
manner that they are being portrayed by the family in question, the
authorities, and especially the media who have undertaken a systematic
character assasination of the DiBenedetto family and the bakery itself.

**TORELLO-IACOBUCCI**
**WASHINGTON MEMORIAL**
**Funeral Home**
4 WASHINGTON AVENUE • NORTH HAVEN, CT 06473 • (203) 239-6000

They have reported on this event in an extremely biased manner in favor of the plaintiffs, and I believe that even if the DiBenedetto family is vindicated, they have caused long term irrepairable damage to their character and reputation. There also appears to be an undertone of anti-Italian sentiment, not only in the media's part, but also on the part of those bringing this complaint on the behalf of the plaintiffs.

Lastly, I wish to mention that I too am a son of immigrant parents from Italy, and have first hand knowledge of the struggles and predjudices my great grandparents, grandparents, parents, aunts, uncles and cousins have endured as they tried to establish themselves in this country and provde for their families. I know that the DiBenedettos and my family have an unspoken bond because of this, and also know that because of our common experiences it would be unfathomable to treat other immigrants in that manner.

I hope that whoever reads this letter will use it when making a determination as to what should be done.

Very sincerely,

John Iacobucci

March 8, 2011

To Whom It May Concern:

On be half of Antonio DiBenedetto. I am among the many friends and clientele of Antonio DiBenedetto who owns and operate the Rocco Bakery on Ferry St., in New Haven.

I've known the family for approximately thirty years. It is a family run operation. This includes two sons and two daughter-in-laws , some part time and full time employees. This family is dedicated and hard working and have grown the business over the 30 plus years.

I have always admired Mrs. DiBenedetto for hiring young bright Sacred Heart Academy students and spends time teaching them the operation of the bakery. Apart from hiring student she is a philan= thropic woman who takes time having an active role in the community.

The article and statements made of Mr. DiBenedetto are in= appropriate and demeaning. The DiBenedetto family have high moral values and ethical standards while maintaining business values.

They consider there loyal customer relationship and treat them with kindness and respect. I firmly believe the staff are treated with equal respect and are enthusiastic in there working environ= ment.

Sincerely Yours,

Grace M. Mitchell, MHS, MT/(ASCP)

11 St. John Street
North Haven, CT  06473
March 7, 2011


To Whom It May Concern:

It is a pleasure to write this letter of character reference on behalf of Antonio DiBenedetto and his family.

I have known the DiBenedetto's as a friend and customer of their small business pastry shop for the past 30 years.  Antonio and his wife Anna started their pastry shop business in Hamden, CT in the early 1980's and moved to their present location at 432 Ferry Street in New Haven, CT, approximately 27 years ago.  Antonio is a hard-working, dedicated family man who built a successful business through ambition, sacrifice, and hard work.  He and his family are respected members of the Fair Haven community and many surrounding areas.  They are friendly, kind, and generous.

Antonio and Anna, both born in Italy, came to the United States in their early 20's.  As immigrants themselves, they understand firsthand the cultural differences and difficulties that must be over-come when moving to a new country.   Their determination and perseverance helped them to build a business that has been a welcome addition to the Fair Haven neighborhoods for many years.  My family and I admire Antonio and Anna's efforts and commend their achievement.  They continue to set a good example for all of us.

If there is any other information I can provide, please let me know.

Sincerely,

*Margaret Simmons*

Margaret F. Simmons
(203) 239-0843

March 6, 2011

My name is Catherine Abbagnaro.  Antonio Di Benedetto came to me
a few weeks ago requesting for me to write him a letter of good moral
character, and I was more than happy to oblige.


Antonio DiBenedetto has been a well know Baker for many, many, many
years. I frequent his bake shop for over 25 years.  He has been active in the
Community helping out with church functions, always generous and giving
and is seen as an outstanding person.


Antonio DiBenedetto, is honest, hardworking, reliable and a true example
of a loving family man.


Sincerely,

*Catherine Abbagnaro*

March 1, 2011

To whom it may concern:

I have had a professional relationship with Antonio Benedetto for approximately 20 years. While employed by the State of Connecticut, Department of Consumer Protection as a food inspector, I had numerous occasions and opportunities to observe the operation of his business as well as interact with his employees. At no time did I witness inappropriate behavior on the part of Mr. DiBenedetto. I also never observed any employees appear to be uncomfortable in their interactions with Mr. DiBenedetto. The work atmosphere was relaxed and congenial during all of my visits, which were always unannounced.

Additionally, on many occasions my visits to the bakery were on a personal level to pick up pastry or cake. I would frequently stop in the work area to say hello. Again I never witnessed or noticed any unusual behavior by anyone. It was not uncommon during these visits to find the employees and Mr. DiBenedetto, along with his wife and family members, sharing lunch. On several instances I was graciously invited to dine with them and found the atmosphere extremely congenial.

Hopefully this information will be helpful. Should you need additional information please feel free to contact me. I am more than willing to assist Mr. DiBenedetto in any manner that I am able during this difficult time.

Very truly yours,

Edward J. Ronan
10 Colonial Place
West Haven, CT 06516

203.934.0043



FEBRUARY 28, 2011

TO WHOM IT MAY CONCERN:

RE:  ANTONIO DIBENEDETTO

I HAVE KNOWN ANTONIO FOR THE PAST TWENTY YEARS.

HE HAS BEEN A KIND AND MOST GENEROUS MAN IN THE COMMUNITY.
HE HAS GIVEN MUCH OF HIS TIME TO HELP OUT THE LESS FORTUNATE.

HE IS A DEVOTED HUSBAND, FATHER AND GRANDFATHER TO HIS FAMILY.

SINCERELY,

OFFICER ANDREW N. GAMBERDELLA  #513
NEW HAVEN POLICE DEPARTMENT
ANG

1038 MIDDLETOWN AVENUE
NORTHFORD, CT 06472

TEL. 203 996 8968

FEBRUARY 25, 2011

TO WHOM IT MAY CONCERN:

WE ARE WRITING THIS LETTER ON BEHALF OF MR. AND MRS. ANTONIO
DEBENEDETTO. WE HAVE KNOWN ANTONIO AND HIS WIFE, ANNA AS WELL
AS HIS SONS, FERNANDO AND GIOVANNI, FOR MORE THAN THIRTY YEARS.
WE ARE CONFIDENT WHEN WE SAY THAT ANTONIO AND ANNA ARE AND
ALWAYS HAVE BEEN OF THE FINEST CHARACTER. BOTH ANTONIO AND
ANNA HAVE PROVEN THEMSELVES TO BE UPSTANDING CITIZENS IN THIS
COMMUNITY FOR THEIR CHARITABLE WORK AS WELL AS THEIR KINDNESS
AND GENEROSITY TO MEMBERS OF THE PUBLIC.

ON A PERSONAL LEVEL, BOTH ANTONIO AND ANNA HAVE A REPUTATION OF
BEING BOTH CARING AND LOVING PARENTS TO THEIR TWO CHILDREN,
FERNANDO AND GIOVANNI.

ANTONIO AND HIS WIFE, ANNA, INSTILL GOOD FAMILY VALUES UPON THEIR
CHILDREN AND THEY BOTH HAVE ALWAYS PUT TIME ASIDE DURING THEIR
BUSY DAY FOR THEIR FAMILY. WE HAVE ALWAYS KNOWN THEM TO BE A
HARDWORKING FAMILY.

ADMIRATION AND THE UTMOST RESPECT ARE THE SIMPLEST WAYS WE CAN
THINK OF TO EXPRESS OUR FEELINGS ABOUT ANTONIO AND ANNA
DIBENEDETTO. THE DIBENEDETTOS ARE HONORABLE PEOPLE, KIND-
HEARTED AND ARE AN ASSET TO THE COMMUNITY. WE ARE VERY
FORTUNATE AND GLAD TO KNOW THE DIBENEDETTO FAMILY, INCLUDING
ANTONIO AND ANNA; WE CONSIDER THEM TO BE GOOD FRIENDS AND
THOSE WHO SPEND TIME WITH THEM RECOGNIZE THE GOODNESS IN THEM
AND THE POSITIVE CONTRIBUTIONS THEY HAVE MADE TO SOCIETY
SELFLESSLY.

SINCERELY,

GIUSEPPE AND AMELIA DIGLIO

JILL DIGLIO
415 FOREST ROAD
NORTHFORD, CT 06472

FEBRUARY 25, 2011

TO WHOM IT MAY CONCERN:

I, LIKE MY HUSBAND, TONY DIGLIO, HAVE KNOWN THE DIBENEDETTO FAMILY, INCLUDING ANTONIO AND ANNA DIBENEDETTO, FOR MORE THAN TEN YEARS. ANTONIO AND ANNA ARE TRULY TWO OF THE KINDEST AND MOST GENEROUS HUMAN BEINGS THAT I HAVE EVER MET. WHAT IS PROBABLY THE MOST IMPRESSIVE ATTRIBUTE IS THAT BOTH ANTONIO AND ANNA ARE DEDICATED FAMILY PEOPLE. THEIR FAMILY HAS ALWAYS BEEN THEIR NUMBER ONE PRIORITY AND BOTH ANNA AND ANTONIO HAVE WORKED VERY HARD DURING THE COURSE OF THEIR CAREER TO PROVIDE FOR THEIR CHILDREN, FERNANDO AND GIOVANNI, AND THEIR EXTENDED FAMILY. BOTH ANTONIO AND ANNA CONTINUED TO TEACH BY THEIR EXAMPLE TO BE UNSELFISH TOWARDS OTHERS AS A GOOD AND LOVING MOTHER AND FATHER.

I HAVE PERSONALLY HEARD FROM MANY PEOPLE IN THE COMMUNITY (BECAUSE BOTH THE DIBENEDETTO FAMILY AND MY FAMILY ARE FROM NORTH BRANFORD) THAT THEY HAVE EXHIBITED KINDNESS AND GENEROSITY TO PEOPLE IN NEED IN THE COMMUNITY.

BOTH ANTONIO AND HIS WIFE, ANNA, ARE UPSTANDING CITIZENS IN OUR COMMUNITY AND CONTRIBUTE BOTH THEIR TIME AND FINANCIAL SUPPORT AS MUCH AS THEY CAN.

AS BUSINESS OWNERS, ANTONIO AND ANNA ARE DEDICATED AND HARD-WORKING PEOPLE. I KNOW BOTH ANNA AND ANTONIO WORK VERY HARD TO PLEASE THEIR CUSTOMERS. IN THE SAME WAY THAT THEY ARE DEDICATED TO THEIR FAMILY, THEY ARE ALSO DEDICATED TO THEIR BUSINESS. THE DIBENEDETTOS HAVE ALSO BEEN VERY GRACIOUS IN DONATING FOOD FROM THEIR ITALIAN BAKERY TO PEOPLE WHO ARE LESS FORTUNATE IN THE COMMUNITY.

BOTH MY HUSBAND, ANTONIO AND I, HAVE ALWAYS BEEN THANKFUL FOR OUR RELATIONSHIP WITH THE DIBENEDETTOS AND THEIR UNSOLICITED THOUGHTFULNESS.

I HAVE SPENT MANY DAYS IN THE DIBENEDETTOS' BAKERY AND I PERSONALLY HAVE OBSERVED THE THOUGHTFULNESS AND KINDNESS THEY HAVE SHOWN TO THEIR EMPLOYEES. HUMANITY IN THE WORKPLACE IS RARE, IF NON-EXISTENT.

ON A PERSONAL NOTE, THE DIBENEDETTOS' FRIENDSHIP IS IMPORTANT TO US. WE HAVE ENJOYED THEIR COMPANY AND APPRECIATE THE FRIENDSHIP THAT BOTH MY HUSBAND AND I HAVE DEVELOPED WITH THEIR FAMILY. THE CITIZENS OF NORTH BRANFORD HAVE GREAT RESPECT FOR THE DIBENEDETTO FAMILY AND WE ARE PROUD THAT THEY ARE OUR FRIENDS.

SINCERELY,

JILL DIGLIO

# ANTHONY DIGLIO
## 415 FOREST ROAD
## NORTHFORD, CT 06472

### TEL. 203 996 8966

FEBRUARY 25, 2011

## TO WHOM IT MAY CONCERN:

I AM WRITING THIS LETTER ON BEHALF OF MR. AND MRS. ANTONIO DIBENEDETTO. I HAVE KNOWN ANTONIO AND HIS WIFE, ANNA, AS WELL AS HIS SONS, FERNANDO AND GIOVANNI, FOR MORE TEN YEARS. I AM CONFIDENT WHEN I SAY THAT ANTONIO AND ANNA ARE AND ALWAYS HAVE BEEN OF THE FINEST CHARACTER. BOTH ANTONIO AND ANNA HAVE PROVEN THEMSELVES TO BE UPSTANDING CITIZENS IN THIS COMMUNITY FOR THEIR CHARITABLE WORK AS WELL AS THEIR KINDNESS AND GENEROSITY TO MEMBERS OF THE PUBLIC.

ON A PERSONAL LEVEL, BOTH ANTONIO AND ANNA HAVE A REPUTATION OF BEING BOTH CARING AND LOVING PARENTS TO THEIR TWO CHILDREN, FERNANDO AND GIOVANNI.

ANTONIO AND HIS WIFE, ANNA, INSTILL GOOD FAMILY VALUES UPON THEIR CHILDREN AND THEY BOTH HAVE ALWAYS PUT TIME ASIDE DURING THEIR BUSY DAY FOR THEIR FAMILY.

ADMIRATION AND THE UTMOST RESPECT ARE THE SIMPLEST WAYS I CAN THINK OF TO EXPRESS MY FEELINGS ABOUT ANTONIO AND ANNA DIBENEDETTO. THE DIBENEDETTOS ARE HONORABLE PEOPLE, KIND-HEARTED AND ARE AN ASSET TO THE COMMUNITY. I HAVE ALWAYS BEEN GLAD TO KNOW THE DIBENEDETTO FAMILY, INCLUDING ANTONIO AND ANNA; I CONSIDER THEM TO BE GOOD FRIENDS AND THOSE WHO SPEND TIME WITH THEM RECOGNIZE THE GOODNESS IN THEM AND THE POSITIVE CONTRIBUTIONS THEY HAVE MADE TO SOCIETY SELFLESSLY.

SINCERELY,

TONY DIGLIO



February 24, 2011

To Our Friends at Rocco's Pastry Shop; Att'n Anna,

On behalf of St Francis Church we would like to thank you for your

generous contribution to our third Wine Tasting February 17, 2011.

Your continued support of St Francis Parish over the years is greatly

appreciated.

May God bless you.

George F. Page, Sr
George F. Page, Sr

Chairman of 2011 International Wine Tasting

# JOSEPH LEVINE

P.O. BOX 5321          HAMDEN, CT 06518
555 SHERMAN AVENUE     HAMDEN, CT 06514

ACCOUNTANT & TAX CONSULTANT
PHONE (203) 281-5519
FAX (203) 230-0328

February 23, 2011

To whom it may concern,

I am writing this letter on behalf of Antonio DiBenedetto and his family. I have known Mr. DiBenedetto for approximately 35 years, when he first came to this country and plied his trade working at DiSorbos Bakery on Grand Avenue.
Tony as he is known worked very hard and worked long hours till this day to provide for his family.
I have never known Tony to take a vacation or anytime off. I respect Mr. DiBenedetto, for not having any continual education in business and has been very successful in his business.

Besides a friend, I am also his accountant and I can say he has always treated me with the upmost respect; we have never had any arguments or disagreements in anyway, and I don't know him to treat others any differently. He is a very generous man, and will always help someone, he has never mistreated or abused anyone, employees or likewise. I have been to his place of business on many occasions, and I have seen that the individuals involved have always been welcomed to eat there with their families; they have come and gone as they pleased. They also have been invited to Tony's home, and to his son's wedding. I have never seen in any shape or form that they were being mistreated, or abused in anyway, Mr. DiBenedetto and his sons worked just as hard as their employees, and in view of that I find Mr. DiBenedetto to be a hard working man, a caring man, and a friendly man who treats people respectfully and deserves to be commended for what he and his family have accomplished since coming to this country.

Sincerely,

February 22, 2011

To Whom it may concern:

I, Gaetano Pane, along with my entire family and friends, have been coming to Rocco's Bakery for many years. We choose to be customers at Rocco's because the owners and employees are always very friendly and accommodating. Every Tuesday, I put several orders in, in order to deliver the pastry to the Father McGivney Cancer Center, and needless to say, the order is always awaiting my arrival, so there is never a wait. They always greet me with a friendly hello and smile. Rocco's owners and employees are hard working people and they extend themselves to the community as well. They give back to many organizations and functions. I can't say enough about their character and customer relations. Any questions, please don't hesitate to contact me at (203) 988-3944.

Sincerely,

Gaetano Pane



**Root, Borajkiewicz**
**and Associates**

A financial advisory practice of
Ameriprise Financial Services, Inc.

250 State Street
Sturbridge Commons
North Haven, CT 06473
Tel:  203.407.8188
Fax: 203.287.0414

An Ameriprise Platinum
Financial Services practice

**Jonathan R. Root, CRPC**
Senior Financial Advisor
Chartered Retirement Planning Counselor℠
jonathan.r.root@ampf.com

**Christopher M. Borajkiewicz, CFP®,**
**ChFC®, CRPC®**
Senior Financial Advisor
CERTIFIED FINANCIAL PLANNER™ practitioner
christopher.m.borajkiewicz@ampf.com

**Judith Randall, CFP®**
judith.x.randall@ampf.com
**Christopher E. Maciejak**
christopher.e.maciejak@ampf.com
Associate Financial Advisors

2/20/2011

To Whom It May Concern,

I am writing in regards to Antonio DiBenedetto, who I have known for
the last 20 years as a friend, neighbor and member of my extended
family.  I know Antonio to be a very generous, kind and caring person.

On many occasions I have seen him act to help others in the
community.  Many times he has acted to help without even being asked
to do so.

I hope that the many good things that Antonio has done over the years
will be taken into consideration.  With out a doubt I consider Antonio
to be a person of very good character.

Sincerely,

Christopher Borajkiewicz
Financial Advisor
Franchise Owner

An Ameriprise Financial Franchise. Ameriprise Financial Services, Inc. offers financial advisory services, investments, insurance and annuity products.
RiverSource® products are offered by affiliates of Ameriprise Financial Services, Inc., Member FINRA and SIPC.

2-19-2011

TO Whom it my concern

my name is Frank Zanetti, I'am
a employe of OTTo Brehm Bakery suppli
I've been a Sale Repestive for the
Capany for 21 years. During this time
here is only one client that I have
that in turn a good friend. That person
is Anthy DeBartito. He very Proffesinl
with me + the Delivy driver. He is
alwy first to ask how in the fam?
+ how I'm doing. Tony alwy offen
me its try one of Bakry product.
In closing I feel Anthy is a stand
up guy, who is commited to his
famly, friend, + buiness.

Sinerly
Frank Zanetti

# *Foxon Park Beverages, Inc.*

*Established 1922*
*103 Foxon Boulevard / East Haven, Connecticut 06513*
*(203) 467-7874 / (203) 469-0257*

I have known Tony at Rocco's Bakery for over thirty years.  My weekly sales calls always found a very clean and friendly environment.  Tony is very professional in the way he conducts his business with me and his character is unquestioned.  I consider him to be both a good customer and a good friend.

Sincerely,

Ray Naclerio

2/18/11

The Honorable Judge Mark Kravitzo
United States District Court
District of Connecticut

Dear Judge Kravitz:

I am writing on behalf of Antonio DiBenedetto and to support his request for leniency and probation.

My name is Frank Angeloni. I reside in North Branford, Ct with my wife and three children. I am currently Vice President and partner of Liuzzi Angeloni Cheese in Hamden, CT. From 1974 to 2006, I also was Vice President and COO of Calabro Cheese Corp in East Haven. It is from my time served at Calabro Cheese, I first got to know Antonio and his family.

After graduating from college in 1974, I was first introduced to Antonio by my Uncle, Mr. Joseph Calabro. Although Antonio had very little or no formal education, he earned my Uncle's respect and deference. Albeit difficult to do, since Joe Calabro viewed himself on a different level, an educated man, who had received his PH.D from the University of Messina. Shortly after, I became aware the many reasons my Uncle was impressed and considered Antonio his equal. The countless acts of kindness and trust Antonio quietly displayed with his friends and business associates were widely known and circulated in the business community. His old world work ethic was something to be admired and parroted. Antonio became a self-made success story. Since 1970 when he emigrated from Italy, he has tried to make a home for his family and establish his bakery business. He accomplished this, not on deceit or trickery, but on hard work, honesty, treating everyone with dignity and compassion.

His contagious smile never concealed false bravado or phoniness, but in fact, became his trademark. It was his way of showing you a genuine warm and familiar welcome, no matter how long between visits.

Knowing Antonio, as well as I do, in these past 37 years, I believe he would want, very much, to move forward from this sad episode in a incontrovertible and authentic manner. I know as I am writing this letter, he is going through a diminished period in his life, one of feeling ashamed and remorseful. Yet I hope the court will take note of the fact that I, as one, as well as many others will always offer our support and continue to stake our friendship with him.

I have faith the court will recognize all that he has given back to his community. I absolutely and without question believe, if given a second chance, he will recompense the court with his resolve and commitment towards doing the right thing. Thank you for taking the time to read and consider this letter.

Sincerely,

Frank Angeloni
67 Glenwood Rd
North Branford, Ct 06471

February 17, 2011

TO WHOM IT MAY CONCERN:

I met Mr. & Mrs. DiBenedetto many years ago when they first opened their bakery business on Dixwell Avenue, Hamden, Connecticut.

As a State Inspector, I always found them to be very hard working and honest, good people.  They ran a very clean bakery business.

When I inspected their bakery on Dixwell Avenue and Ferry Street, New Haven, Connecticut, I found them more than willing to improve and maintain their bakery at a considerable cost.  There were times I made inspections during the noon hour and observed Antonio, his family and employees eating a meal which Antonio himself had prepared in his oven.  This occurred on a daily basis.  From what I observed, it appeared he had a good working relationship with his employees.

One instance I recall was when Antonio and his wife, Ann purchased formal outfits for all their employees (male and female,) to wear to their son's wedding. They also had all of them transported by limousine to the wedding and reception.

In my opinion, Mr. & Mrs. DiBenedetto and family are good, honest and hard working people.

Sincerely,

Louis G. Palumbo

Louis G. Palumbo

*Andrew Consiglio*
*1 Carolyn Court*
*North Haven 06473*

February 17, 2011

To Whom It May Concern,

I have known Antonio DiBenedetto on a personal basis for thirty years. He is a devoted and caring husband to Anna, loving father to his sons Fernando and Giovanni and proud grandfather to their three children. Antonio is the epitome of the character that has made this country great. He entered America as an immigrant with meager financial resources but a fervent desire to achieve citizenship and work diligently and pursue the honorable goal to create a viable business enterprise. Antonio has accomplished his dream with the establishment of Rocco's Bakery, a community landmark as a premier and renowned New Haven business with quality bakery products. He has always demonstrated an extraordinary capacity for compassion, support and generosity for friends and acquaintances. As a law enforcement officer and commander in the New Haven Police Department I have always known Antonio to be a law abiding citizen who has only sought to work long hours for the financial security of his family. He has consistently put the interests of others ahead of his own. The DiBenedetto family has selflessly performed innumerable acts of benevolence for various humanitarian organizations and often donate food products to area charities.

I am proud to have Antonio as a friend. I wholeheartedly offer this letter of character reference as an unequivocal statement of support and belief in him as a totally decent individual. I would hope that the honorable court consider Antonio's admirable traits and humane qualities.

Respectfully submitted,

Andrew Consiglio

February 15, 2011

Honorable Judge Mark Kravitz:
United States District Court
District of Connecticut

Dear Judge Kravitz:

My name is Pasquale Lino Liuzzi. I am the Founder and President of Liuzzi Cheese Co aka
Liuzzi Gourmet Food Market in North Haven, CT. I reside in New Haven with my wife,
Vincenza and together we have raised three children whom are all part of my business today.

I am writing this letter on behalf of Antonio DiBenedetto. I have known Antonio for over 40
years. He migrated to this country from Italy, as I did, many years ago in pursuit of the American
dream. Like myself, Antonio has been part of the close nit Italian community and immigrants
who dreamed of a better life in America. In pursuit of that dream, Antonio, as well as many of us
immigrants, have put our blood, sweat, and tears, into developing the reputable businesses we
own today. Our dreams were never to become rich business man but to be able to afford a better
life for our families whom we cherish and have devoted our lives to.

During the course of our relationship, Antonio has grown to be a good friend and close business
associate. Along with our friendship he has earned the respect of many other fine members of our
community and the reputation of an honest and loyal man and friend to all who know him best.
Throughout the years, I have seen Antonio frequently and visited his business often. During my
visits I witnessed his family working side by side with him and the closeness they share. He is
undoubtedly a very kind person and generous man who has selflessly worked himself to the bone
to achieve all he has today. Throughout the years we have shared the common bond of Italian
immigrant to later becoming proud and humble American Citizen. Like myself, I know Antonio
has put his heart and soul into his family and achieving his dream.

Knowing that Antonio shares such a similar background and holds the same values as I, these
proceedings have taken a physical and emotional toll. Sadness and remorse now fill his eyes and
it is hard to see the pain on his face. Please consider all the years that Mr. DiBenedetto has given
to his community and the many acts of kindness and generosity witnessed by others who know
him. I will continue to support him in his time of need. I hope that you will recognize the good
in him and trust if given the chance he will work hard, repent and strive to be a fine part of our
community. Thank you for taking the time to read and consider this letter.

Sincerely,

Pasquale Lino Liuzzi
1420 Quinnipiac Avenue
New Haven, CT 06513

February 14, 2011

To Whom This May Concern:

I Catherine Verab, have Known Antonio Di Benedetto for well over Twenty Years. I have always Known him to be a Person with Great Integrity, He has always Been A Kind, and Generous Person. He has always been a Carving Family Man, with a Wonderful Wife. And 2 wonderful Sons, And Their Family. They are very Hard Workers. They are the Family who Prays Together, and Works Together. I visit with Them often, and always Find Them Hard at work.

Catherine Verab

Catherine Verab
10 Sugar Hill Rd.
North Haven, CT. 06473

Phone # 203 - 234. 7905

60 Flagler Avenue
Cheshire, CT 06410
February 14, 2011


TO WHOM IT MAY CONCERN:

I have known Antonio DiBenedetto for more than 30 years on a business and social basis.  I was the sales representative for A. Fiorillo, a bakery-restaurant  supply company, who dealt directly with Antonio from 1986 to 2003, in Rocco's Pastry Shop on Ferry Street in New Haven.  I have always known him to be honest, courteous and professional in all business dealings.  My contact with him would be in the food preparation area in the rear of the pastry shop.  This was one of the cleanest and most professionally organized bakeries that I visited.

Antonio is a very generous man who contributed to many New Haven area charities and organizations with either money or pastry products.  He helped the Saint Bridget's Ladies Guild in Cheshire, of which I am a member, in the fall of 2009, by donating  $300 worth of pastries for a school open house.  It was our intent to purchase these goods, but he insisted that it was for the church and would not accept any money.

He is a caring father and so proud of his grand children.  He and his wife, Anna, are the salt of the earth.

Sincerely,

Sheila T. McReavy

Mary Hernandez
448 Ferry Street, New Haven, CT
February 12,2011

To Whom It May Concern,

   I  are writing to tell you that I find Antonio and Anna DeBenedetto to be
good people and good neighbors.  They care about the neighborhood and are
willing to help.  They are known to be generous to  St. Francis school and
church.  They help people.  I have seen them give food to  people who have
come into the bakery and said that they are hungry, people who they do not
know.  When there is a storm they help clean the walks of many of the
neighbors.  I have talked to many of the people who work in the bakery and
they seem to be happy there and tell me what nice people Antonio and Anna
are.

*Mary Hernandez*

To Whom It May Concern:

I am writing this letter on behalf of the DiBenedetto family. Several years ago, I watched a building lot on Auger Rd. Ext. in Northford, being prepared for a new home. As I passed this lot often, it was interesting to watch the progress. I would often see a man and woman clearing rocks by hand, after the home was built, beautiful flowers were planted. After a while the landscaping was adorned with lovely concrete sculptures. It reminded me of the gardens I had seen while visiting in Italy.

Over the years I have had the pleasure of knowing both Antonio and Anna I can attest to the fact they are the kindest people I know. As a Granddaughter of Italian immigrants, the DiBenedetto family personifies a hard-working ethic reminiscent of my own family.

On any summer day you can drive by and see Antonio working in his garden tending to his vegetables, Anna is in the front yard proudly, pampering her flowers. I would often stop and share tips on what we know.

I find the allegations in recent times very upsetting and difficult to believe. The DiBenedetto's are the kindest, hard working I have been fortunate to know. I hope these charges will be dismissed as untruths anyone who knows this family will agree with me.

Anna espically has become not only a wonderful
neighbor, but, a cherished friend.


Sincerly,


Edith S Izzo
Six Augur Road
Northford, CT

( 203· 484-9089)

ARTCRAFT DENTAL LABORATORY
584 CAMPBELL AVENUE
WEST HAVEN, CONNECTICUT 06516
PHONE (203) 933-8430

For the past three and a half
decades Rocco's Bakery owned and operated
by Anthony and Anna Di Benedetto has
been and continue to be a cornerstone
in the Fair Haven section of New Haven.

Coming from Italy they brought
not only their baking skills also
family values in which they raised
there two sons who currently work
along with them in the family bakery.

Working long hard hours, being
honest, caring and treating employees
as part of their family and being fair
to their customers is part of their daily
routine.

ARTCRAFT DENTAL LABORATORY
584 CAMPBELL AVENUE
WEST HAVEN, CONNECTICUT 06516
PHONE (203) 933-8430

The DiBenedetto family is the American dream a family that should be looked up to for all their hard work and success.

Sometimes bad things are said about good people, I know they and know they are good, kind and trustworthy people and proud to have them as friends.

Sincerely Yours
Vincent Cirjotta

Frank Murphy

16 Foote Hill Road

Northford, Ct 06472

Attorney Hugn Keefe

2 Trumbull Street

New Haven, Ct

Sir;

I have known Antonio DiBenedetto and the operators of ROCCOS BAKERY located on Ferry Street New Haven for many years. Having been a member of the City of New Haven Department of Police Service I became acquainted with the DiBenedetto family as they donated the bakeries wares on a daily basis to the Grand Avenue Homeless Shelter.

I had been assigned to provide security to said premises when the operators of Rocco's called offering to donate the bakeries excess wares to the Shelter for the clients & did so for many years.

Once the DiBenedetto's learned that I resided in North Branford, where the family also made their home, Rocco's Bakery donated a variety of fresh baked goods for various school events as well. During the years I coached Youth Football and thereafter became a supporter of various high school sporting teams and booster clubs Rocco's was always quick to volunteer assorted goods & services to assist the teams & events.

Over the years Mr. Antonio DiBenedetto & Rocco's Bakery provided a variety of baked goods to various social events sponsored by the NHPD for the community at large including substation meet & greet events and similar undertakings.

Sincerely;

Frank Murphy

**GERALD V. CAPPIELLO**
STATE MARSHAL
P.O. BOX 1678
New Haven, CT 06507

Pager (203) 786-9125                                          New Haven County

To whom this may concern:

I have been a Deputy Sheriff and State Marshal for thirty years, in New Haven County.

I am a customer of Antonio and Anna DiBenedetto's bakery for about 20 years.

I frequent their business, two or three times a week. They are very accommodating to their Customers. They are always willing to meet customer's special needs. I have witnessed their generosity to many needy people in the neighborhood. Give-aways to children and adults is widely known in the area. The still sell bread for $1.00 to help the poor and the working poor who surrouds their store. The DiBenedettos are hard working people, opening very early in the morning and closing late in the evening. What bakery is open after 7:00 P.M.?

I hope you will give them any and all consideration, compassion and leniency, concerning the matters which are before you.

Respectfully,

Gerald V. Cappiello